car equipment. (*Paolantonio* v. *Long Is. R. R. Co.,* 274 App. Div. 1063, affd. 300 N. Y. 640; *Manley* v. *New York Tel. Co.,* 303 N. Y. 18, 25.) The plaintiff failed to make out a prima facie case of actionable negligence by direct proof. (*Alexander* v. *Rochester City & Brighton R. R. Co.,* 128 N. Y. 13; *De Martino* v. *Brooklyn & Queens Transit Corp.,* 258 App. Div. 1072, affd. 285 N. Y. 593.) Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

■

ARTHUR L. BRUNING, Appellant, v. OLIVE R. BRUNING, Respondent.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ. [See *post,* p. 799.]

■

CENTURY DEVELOPMENT CO., INC., Appellant, v. ADOLPH HALBRECHT et al., Respondents.—

(*Radel* v. *134 West 25th St. Bldg. Corp.,* 222 App. Div. 617, appeal dismissed 249 N. Y. 615.) Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur. [See *post,* p. 799.]

■

MAZIE C. DALY, Respondent, v. GERARD C. DALY, Appellant.—

In our opinion, the award was excessive. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

■

MARY DAVIS, an Infant, by Her Guardian ad Litem, RACHEL DAVIS, et al., Respondents, v. DAVID SPECTOR et al., Appellants.—

No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

■

NAT FREEDMAN, Appellant, v. MILTON LEVIN et al., Respondents.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.